Michael G. McNally, Esq. (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, <br><br> Petitioners, <br><br> v. <br><br> CMC - CONCRETE MASONRY CONSTRUCTION, <br><br> Respondent. | Hon. <br><br> Civil Action No.: 09-158(DRD) <br><br> **CIVIL ACTION** <br><br> **JUDGMENT** |

**THIS MATTER** having come before the Court by Kroll Heineman, LLC (Michael G. McNally, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

IT IS on this 5th day of ~~February~~ March 2009,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent CMC - Concrete Masonry Construction, the sum of $6,912.45.

_____
Judge, United States District Court